# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

### CIVIL ACTION NO. 3:14-CV-00602-DJH

| | |
|---|---|
| **MICHAEL DESPAIN** | **PLAINTIFF** |
| v. | **DEFENDANTS' STATUS REPORT** <br> **(electronically filed)** |
| **LOUISVILLE METRO GOVERNMENT,** *et al.* | **DEFENDANTS** |

\* \* \* \* \* \* \*

On April 24, 2017, this Honorable Court entered an Order directing each party to submit a status report within fourteen (14) days. [DN 76 – Order] Defendants advise the Court, according to CourtNet, that a Pre-Trial Conference in the criminal action against Plaintiff, currently pending in Jefferson Circuit Court (Case No. 14-CR-000501), is scheduled for May 8, 2017, at 10:00 A.M. in Division Ten. A trial date has not yet been set according to CourtNet.

    Respectfully submitted,

    MICHAEL J. O'CONNELL
    JEFFERSON COUNTY ATTORNEY

    By: /s/ James E. McKiernan, III
    James E. McKiernan, III
    Assistant Jefferson County Attorney
    531 Court Place, Suite 900
    Louisville, KY  40202
    (502) 574-2215
    Jamie.McKiernan@louisvilleky.gov

## **CERTIFICATE**

      I hereby certify that on April 24, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties. A hard copy was mailed to the Plaintiff, Michael Ray DeSpain, 803 Flicker Road, Louisville, Kentucky 40214.

                                                /s/ James E. McKiernan, III
                                                James E. McKiernan, III