FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
18 MAR 30 PM 3:09

Attention, Plaintiff Prays this Honorable Court will accept motion.

My name is Michael Ray DeSpain and I have a pending U.S.C. 42 1983 Civil Action under the Attention of: Honorable David J Hale.

Michael Ray DeSpain          plaintiff
V.
Louisville Metro Gov. et al     Defendants

Plaintiff has been placed into custody at Louisville Metro Department of Corrections, with no legal means to properally Type this motion and no access to my case #?

Plaintiff has had previous issues with his mail being tampered with going to or coming from Honorable David J Hale.

Plaintiff felt he would be more comfortable some one else mailing this motion out of facility. I wanted to make sure that, Honorable: David J. Hale did receive this motion

Thank you for your time and Attention

Michael DeSpain #235818
400 S. 6th St
Louisville Ky
40202

John hawson
400 south 6th St.
Louisville, Ky 40202

LOUISVILLE KY 400
29 MAR 2018 PM 1 L

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

18 MAR 30 PM 3:10

Att. Honorable David J. Hale
U.S. Federal Court House
601 West Broadway Rm 106
Louisville, Ky 40202

JAIL MAIL
UNCENSORED
Metro Corrections Departm
Not Resp

40202-224999