To: Judge David J. Hale
United States District Court.

Re: Civil Action No. 3:14-cv-602-DJH

Michael Ray DeSpain

v.

Louisville Metro Government et al.

I am writing to you re: Michael R. DeSpain. On March 13, 2018 Trial began - He was found Guilty by the jury & his attorney informed me that he had been given 20 years. I have no information other than that. If you need to contact him, he is @ Metro - (DownTown). Any question for me feel free to contact me.

Thank You
Robin DeSpain (wife)

Received
VANESSA L. ARMSTRONG, CLERK
MAR 30 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Received
VANESSA L. ARMSTRONG, CLERK
MAR 30 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

M. DeSpain / RD
803 Flicker Rd.
Lou. Ky. 40214
Case # 3:14-cv-602-DJH
Civil Action

Office of The Clerk
United States District Court
Room 126 Federal Building
423 Frederica Street
Owensboro, Ky. 42301-3013
AttN: Judge DJH

42301-301326

LOUISVILLE KY 400
28 MAR 2018 PM 3 L



RECEIVED
VANESSA L. ARMSTRONG, CLERK
MAR 30 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY