UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL RAY DESPAIN )
       PLAINTIFF )
)
vs. )    CASE NO. 3:14-CV-602-CHB
)
LOUISVILLE/JEFFERSON COUNTY )
METRO GOVERNMENT, et al. )
       DEFENDANTS )

**CONVENTIONALLY FILED EXHIBIT TO**
**DEFENDANT'S MOTION TO DISMISS (DN     )**

**EXHIBIT 7**

- Video DeSpain Criminal Trial (3/13/2018)

- Video DeSpain Criminal Trial (3/14/2018

- Video DeSpain Criminal Trial (3/15/2018)